*Brian M. Stone,* in opposition.

Decided April 19, 2002

## STATE OF CONNECTICUT *v.* MICHAEL L. DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 794 (AC 20124), is denied.

*Michael L. Moscowitz,* in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided May 2, 2002

## STATE OF CONNECTICUT *v.* JAMES DOWNING

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 388 (AC 20826), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Martin Zeldis,* senior assistant public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided May 2, 2002

## STATE OF CONNECTICUT *v.* JERRY RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 303 (AC 21086), is denied.